**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| **DOUGLAS E. WALLACE, JR** | CASE NO.: LA21-10361-NB |
| | **NOTICE OF RESCHEDULED TIME FOR CONFIRMATION HEARING** |
| DEBTOR(S) | DATE: April 22, 2021<br>TIME:  9:30 am<br>PLACE: Roybal Building<br>Courtroom 1545 15th Floor<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE THAT** the previously scheduled CONFIRMATION HEARING will now occur at the time and place listed above.

**Dated:  2/26/21**

*[signature]*

**Kathy A. Dockery**
**Chapter 13 Trustee**