| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for Movant* | **FILED & ENTERED**<br><br>**MAR 04 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ghaltchi   **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –***LOS ANGELES* **DIVISION**

| In re:<br><br>Douglas E. Wallace, Jr.<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-10361-NB<br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION**<br>**FOR ORDER IMPOSING A STAY OR**<br>**CONTINUING THE AUTOMATIC STAY**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

**Movant** *(name)*:
Douglas E. Wallace, Jr.

1. The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

Note: changes to the pre-typed text of this form are shown in "blacklining" text.

2. The Motion affects *all* ~~the following personal~~ property *of the debtor's bankruptcy estate* (Property).

   ☐ Vehicle *(describe year, manufacturer, type and model)*:

       *Vehicle identification number:*
       *Location of vehicle (if known):*

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:

       *Serial numbers(s):*
       *Location (if known):*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 4001-1.IMPOSE.STAY.ORDER**

☐ Other personal property *(describe type, identifying information, and location)*:

☐ Real property:

> *Street Address:*
> *Unit Number:*
> *City, State, Zip Code:*

Legal description or document recording number (*including county of recording*):

☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☒ The present case was filed in good faith <u>and any presumption of bad faith has been adequately rebutted</u>.
   b. ☐ The Property is of consequential value or benefit to the estate.
   c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☒ Imposed/<u>continued</u> *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☐ Continued *as to all creditors* until further order of the court.
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☒ See *the following* ~~attached continuation page for~~ additional provisions:

The stay of 11 U.S.C. 362(a) applies subject to the following modifications and conditions:

(1) <u>Service and reconsideration</u>. Any party in interest who was not timely served in accordance with FRBP 7004 (incorporated by FRBP 9014(b)) is hereby granted through 14 days after proper service to seek reconsideration, including retroactive relief (under FRBP 9023 and/or 9024). Any such person (a) may set a hearing on 14 days' notice, (b) may appear by telephone (if arrangements are made per the posted procedures of the undersigned), and (c) may present all arguments orally at the hearing (i.e., no written argument is required). If written arguments appear necessary then this court will set a briefing schedule at the hearing.

(2) <u>Reasons</u>. (a) It appears appropriate to impose the automatic stay, and to impose it as to all persons rather than just as to selected persons, because one purpose of the automatic stay is to preventing a "race to collect" that could unfairly advantage some creditors at the expense of others. (b) To prevent possible abuse, this court provides the foregoing simple process for reconsideration.

//

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 4001-1.IMPOSE.STAY.ORDER

(3) <u>Very limited ruling</u>.  This Court's ruling to grant the foregoing relief is solely for purposes of this motion, and is not intended to have any binding effect with respect to any future assertions by any party in interest regarding the existence or lack of existence of good faith in any <u>other</u> context.

###

Date: March 4, 2021

*[signature: Neil W. Bason]*

Neil W. Bason
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 4001-1.IMPOSE.STAY.ORDER**