KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED 341(a) Meeting of Creditors
# IMPORTANT

| IN RE:<br><br>DOUGLAS E. WALLACE, JR<br><br><br><br>DEBTOR(S) | CHAPTER 13<br><br>CASE NO.: LA21-10361-NB<br><br>**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**<br><br>DATE:     July 30, 2021<br>TIME      10:00 am<br><br>PLACE:    **CONDUCTED REMOTELY THROUGH ZOOM** |
|---|---|

**PLEASE TAKE NOTICE THAT** the previously scheduled §341(a) MEETING OF CREDITORS will now occur remotely via Zoom.  Zoom can be downloaded and accessed through your Smartphone, Tablet or Laptop.  <u>VIDEO AND AUDIO APPEARANCE IS REQUIRED</u>.

## INFORMATION FOR ACCESSING ZOOM

### Bankruptcy Attorneys

The Chapter 13 Trustee will forward the ZOOM Meeting hyperlink and Meeting ID to the debtor's attorney.  The debtor's attorney must forward the ZOOM Meeting hyperlink and Meeting ID to the debtor. Attorneys, please have your client download ZOOM and test it with them prior to the 341(a) Meeting of Creditors.

### Debtors

The Chapter 13 Trustee will mail the Zoom Meeting hyperlink and Meeting ID to debtors.  Debtors should schedule a Zoom session with your bankruptcy attorney to test Zoom prior to the 341(a) Meeting of Creditors.

### Creditors

**A**ll Creditors and/or their designated attorneys should contact the Chapter 13 Trustee's office to request the ZOOM Meeting hyperlink and Meeting ID.

## REQUIRED DOCUMENTS DUE PRIOR TO 341(a) MEETING OF CREDITORS

Debtors must submit the required documents listed below to their Bankruptcy Attorney or the Chapter 13 Trustee prior to the remote 341(a) Meeting of Creditors:

- Picture of your Social Security Card
- Picture of your Driver's License
- Evidence of your Bankruptcy Payments
- Other Required Documents

Bankruptcy attorneys can upload the required documents to TRU at latrustee.com. Contact the Chapter 13 Trustee for registration to TRU. The required documents can also be emailed to 341@latrustee.com.

**FAILURE TO TIMELY ATTEND YOUR REMOTE 341(a) MEETING OF CREDITORS, SUBMIT THE REQUIRED DOCUMENTS OR TENDER YOUR BANKRUPTCY PLAN PAYMENTS TO THE CHAPTER 13 TRUSTEE MAY CAUSE YOUR BANKRUPTCY CASE TO GET DISMISSED.**

**Dated:  7/15/21**

**Kathy A. Dockery**
**Chapter 13 Trustee**